1 NICHOLAS A. TRUTANICH, NV No. 13644
United States Attorney
2 BLAINE T. WELSH
Chief, Civil Division
3 District of Nevada

4 ELLINOR R. CODER
   Special Assistant United States Attorney
5  Social Security Administration
   160 Spear St., Suite 800
6  San Francisco, CA 94105
   Telephone: (415) 977-8955
7  Facsimile: (415) 744-0134
   Email: Ellinor.Coder@ssa.gov
8 Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HEIDI M. JOHNSON, | Case No.: 2:18-cv-02043-JCM-VCF |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (*FIRST REQUEST*) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Motion for Remand, due on March 4, 2019, by 30 days, through and including April 3, 2019. This is Defendant's first request for an extension of time.

The instant request is not intended to cause delay and is necessary because this matter is being re-assigned to a different attorney at the Office of the General Counsel.

Counsel for Defendant conferred with Plaintiff's counsel on February 28, 2019, and Plaintiff's counsel has no opposition to this motion.

-1-

Respectfully submitted this 4th day of March 2019.

NICHOLAS A. TRUTANICH
United States Attorney

//s// *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant United States Attorney

**IT IS SO ORDERED**:

DATED: 3-4-2019

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Ellinor R. Coder, certify that the following individual was served with a copy of the UNOPPOSED MOTION FOR EXTENSION OF TIME on the date and via the method of service identified below:

CM/ECF:

Joshua R. Harris
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
Tel: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Josh@RichardHarrisLaw.com

Dated this 4th day of March 2019.

                                            //s// *Ellinor R. Coder*
                                            ELLINOR R. CODER
                                            Special Assistant United States Attorney